Order issued September 21, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01286-CV

## IN RE ALICE LONGFELLOW, ET AL., Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-02900**

## ORDER
Before Justices Morris, Richter, and Lang-Miers

The Court has before it relators' petition for writ of mandamus. The Court requests that real

parties in interest and respondent file any responses by October 1, 2012.


JOSEPH B. MORRIS
PRESIDING JUSTICE